UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

JOHN PORTER,

           Defendant.

96 Cr. 515 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Defendant Porter's request for appointment of counsel to bring a motion for his release (dkt. no. 661.)  Anthony Cecutti is appointed to represent Mr. Porter in connection with the motion.

**SO ORDERED.**

Dated:  June 23, 2020
         New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.