LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 9, 2023

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. John Porter; 96 Cr. 515 (LAP)**

Dear Judge Preska:

I represent John Porter in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A in connection with his motion for his potential reduction in sentence. Pursuant to the Court's Order, the Government filed its response on December 22, 2022. Our reply is due today. We are still preparing our reply and respectfully request until January 27, 2023 to do so. The Government has no objection.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

*[Handwritten judicial notation: "file a reply"]*

SO ORDERED
*[Signature: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/10/23