```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    96-CR-515 (LAP)
         -v.-                       :
                                    :          ORDER
JOHN PORTER,                        :
                                    :
              Defendant.            :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the pro se letter filed by Defendant John Porter in the above-captioned case regarding his federal and state sentences and his counsel's lack of communication regarding a motion to serve these sentences concurrently. (See dkt. no. 783). Counsel for Mr. Porter shall promptly provide Defendant with copies of all legal documents pertaining to his federal case and shall submit a letter to the Court addressing Mr. Porter's concerns no later than February 1, 2025.

**SO ORDERED.**

Dated:   New York, New York
         January 15, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge