UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      96-CR-515 (LAP)
         -v.-                        :
                                     :      ORDER
JOHN PORTER,                         :
                                     :
              Defendant.             :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of the letter filed by counsel for

Defendant John Porter in the above-captioned case requesting

Defendant's federal sentence be served concurrently with a

related state sentence.  (Dkt. no. 790.)  The Government shall

respond to counsel's letter by March 3, 2025.  Counsel for Mr.

Porter may submit any reply by March 21, 2025.

**SO ORDERED.**

Dated:    New York, New York
          February 3, 2025

                         _Loretta A. Preska_
                         LORETTA A. PRESKA
                         Senior United States District Judge